| | | | |
|---|---|---|---|
| Com. v. Howard.... | 10/29/2015<br>WAL<br>(2015) | 133 | Denied | Pa.Super.,<br>121 A.3d 1125 |
| Com. v. Ialongo .... | 12/01/2015<br>EAL<br>(2015) | 488 | Denied | Pa.Super.,<br>121 A.3d 1136 |
| Com. v. Jacobs ..... | 10/27/2015<br>WAL<br>(2015) | 214 | Denied | Pa.Super.,<br>122 A.3d 1119 |
| Com. v. Jefferson ... | 12/01/2015<br>EAL<br>(2015) | 513 | Denied | Pa.Super.,<br>131 A.3d 95 |
| Com. v. King ....... | 11/16/2015<br>WAL<br>(2015) | 267 | Denied | Pa.Super.,<br>125 A.3d 443 |
| Com. v. Kulp ....... | 10/22/2015<br>MAL<br>(2015) | 379 | Denied | Pa.Super.,<br>121 A.3d 1137 |
| Com. v. Lewis ...... | 10/23/2015<br>WAL<br>(2015) | 219 | Denied | Pa.Super.,<br>122 A.3d 440 |
| Com. v. Martinez ... | 10/29/2015<br>MAL<br>(2015) | 285 | Denied | Pa.Super.,<br>120 A.3d 1056 |
| Com. v. Massey..... | 11/16/2015<br>WAL<br>(2015) | 255 | Denied | Pa.Super.,<br>122 A.3d 1149 |
| Com. v. Maute ..... | 10/29/2015<br>MAL<br>(2015) | 251 | Denied | Pa.Super.,<br>120 A.3d 1046 |
| Com. v. McMiller ... | 11/16/2015<br>WAL<br>(2015) | 272 | Denied | Pa.Super.,<br>122 A.3d 1149 |
| Com. v. Metts ...... | 10/19/2015<br>MAL<br>(2015) | 272 | Denied | Pa.Super.,<br>120 A.3d 1063 |
| Com. v. Miszler .... | 10/29/2015<br>MAL<br>(2015) | 259 | Denied | Pa.Super.,<br>120 A.3d 1052 |
| Com. v. Mitchell.... | 10/27/2015<br>MAL<br>(2015) | 402 | Denied | Pa.Super.,<br>122 A.3d 449 |
| Com. v. Mitchell.... | 10/29/2015<br>EAL<br>(2015) | 178 | Denied | Pa.Super.,<br>120 A.3d 1043 |